# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD S. DUFFY, *et al.*, | Case No.: 3:05-CV-24-RCJ-VPC |
| Plaintiffs, | |
| vs. | **ORDER** |
| BRIAN D. ANDERSON; *et al.*, | |
| Defendants. | |

A show cause hearing was held on October 3, 2011, the Court heard representations of counsel as to why this Court should not dismiss this case. The Court granted a 15 day period to submit settlement documents and withheld entering an order dismissing the case for 15 days. Having reviewed and considered the matter, and neither party responding, this Court finds that the case shall be dismissed without prejudice.

IT IS SO ORDERED that this case shall be **DISMISSED without prejudice**.

DATED: This 8th day of March, 2012.

ROBERT C. JONES
United States District Judge